No. 810. MYERS ET AL. *v.* HARRIS. Sup. Ct. Pa. Certiorari denied. *Roland J. Christy* for petitioners. *Walter Phipps, Jr.,* for respondent.

No. 812. HILL *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. *David C. Shapard* for petitioner.

No. 816. UNITED STATES STEEL CORP. *v.* GUY ET AL. C. A. 3d Cir. Certiorari denied. *Gilbert J. Helwig* and *Steven A. Stepanian II* for petitioner.

No. 817. BROWN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *R. Monroe Schwartz* for petitioners. *Solicitor General Griswold, Assistant Attorney General Rogovin, Gilbert E. Andrews,* and *Stuart A. Smith* for respondent.

No. 818. NELSON, WARDEN, ET AL. *v.* COLEMAN. C. A. 9th Cir. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Derald E. Granberg* and *Gloria F. DeHart,* Deputy Attorneys General, for petitioners.

No. 819. MAGNESIUM CASTING Co. *v.* HOBAN, REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari denied. *Vernon C. Stoneman* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.

No. 337, Misc. NEGRON *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Sybil H. Landau* for respondent.